916 A.2d 529

**NATIONWIDE INSURANCE COMPANY, Petitioner,**

v.

**Paul P. SCHNEIDER, Respondent.**

Supreme Court of Pennsylvania.

Feb. 5, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of February, 2007, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issues:

1. Did the Superior Court properly apply the exhaustion rule of UIM litigation to the primary UIM-excess UIM claim contest?

2. Did the Superior Court properly apply the consent to settle rule of UIM motorist litigation in the less than policy limits settlement context?